# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## Case No. 1:25-cv-425

| | |
|---|---|
| BILL MADSON, individually and as next friend of F.M., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERTS & STEVENS, P.A., PHIL JACKSON, ESQ., AND JORDAN BARNETTE, ESQ.,<br><br>Defendants. | **AFFIDAVIT OF JOSHUA B. DURHAM** |

Joshua B. Durham, being first duly sworn, deposes and says:

1. I am an attorney of record for Defendants.

2. During the course of this litigation, I have obtained a copy of a voicemail message left on Mission Health's system. Having listened to the message, I believe it to be from Plaintiff Bill Madson, even though he did not identify himself. The reason I believe it to be from Plaintiff is that the caller makes statements regarding the hospital's alleged conduct that are very similar to those he has made in this litigation.

3. Additionally, the caller makes the following statements in the message:

   a. "Everyone who is listening, my goal is to ruin your Labor Day weekend. I want it to be uncomfortable for you. This is my express desire. If you're listening to me, I already won."

   b. "I know you all looked me up. I develop apartments here in Asheville. A lot of people know that. I do something else that's much more complicated for all of you. About 13 years, I've been a collections and litigation advisor to a hedge fund in Atlanta. If you don't believe me, search up 'Vanity Fair article – Louise.'

That's an 80-million-dollar house that I took from that woman. She had dinner in that fucking house the night before I took it. I took the furniture, too. Nothing is permanent when I am involved. Nothing!"

c. "I've never pursued a forced sale of a hospital system but guess what—Sometimes I do something for the very first time and I do it better than it's ever been done in the history of the fucking world!"

FURTHER AFFIANT SAYETH NOT.

This the 5th day of January, 2026.

_____
Joshua B. Durham

Mecklenburg County, North Carolina

Signed and sworn to before me this the 5th day of January, 2026.

Susannah Ray Cook
_____ Notary Public
My commission expires: September 9, 2029

[Notary Seal: SUSANNAH RAY COOK, NOTARY PUBLIC, MECKLENBURG COUNTY, NC]