**From:** Bill Madson <bill@cliftontrust.com>
**Sent:** Saturday, August 30, 2025 8:05 PM
**To:** Jordan Barnette <JBarnette@roberts-stevens.com>
**Subject:** RE: RS - Litigation Hold Notice

> You don't often get email from bill@cliftontrust.com. Learn why this is important

Jonathon, I fully acknowledge this could be paranoia on my part and then this email means nothing, but I know how things go. I was just playing in the driveway with my children and two cars came into my culdesac, driving slow with no particular place they were going. I swear to God if you or anyone involved in this has a private investigation team surveilling my children at my home, this is not going to be a Citizens Times kind of problem. It's going to be a CNN kind of problem.

**From:** Bill Madson <bill@cliftontrust.com>
**Sent:** Saturday, August 30, 2025 4:52 PM
**To:** jbarnette@roberts-stevens.com
**Cc:** 'Bill Madson' <bill@cliftontrust.com>
**Subject:** RS - Litigation Hold Notice

Jonathon,

Please see the attached litigation hold notice I am delivering to you and your firm. I pledge to not take any further action or engage with RS or HCA for the duration of the holiday weekend. I am taking a break.

On Tuesday by 5pm, I will look for your confirmation of receipt of this RS Litigation Hold Notice and also the Yes or No on whether RS currently represents HCA.

Bill

Bill Madson
Clifton Property Trust, LLC
Mobile:  404.226.2040
www.cliftontrust.com