# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BILL MADSON, individually and as next friend of F.M., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERTS & STEVENS, P.A., and<br><br>PHIL JACKSON, Esq. and<br><br>JORDAN BARNETTE, Esq.<br><br>Defendants | FILED<br>ASHEVILLE, NC<br><br>JAN 0 5 2026<br><br>U.S. DISTRICT COURT<br>W. DISTRICT OF N.C.<br><br>Case # 1:25-cv-00425-MOC-WCM |

**PLAINTIFF'S EMERGENCY MOTION TO SEAL**

Plaintiff Bill Madson ("Plaintiff"), proceeding pro se, respectfully moves the Court for an order governing timing of response to Defendants' Motion to Dismiss.

1. On the morning of January 4, Madson was contacted by an investigative reporter in Raleigh who ~~CONVEYED~~ conveyed that they were going to cover the lawsuit and asked for comment. Madson had no comment.

2. Madson's child's initials are located throughout the legal documents so far.

3. Madson believes this person or others may conduct reporting of this matter.

4. Madson seeks to seal this case in its entirety, immediately, to protect his child's identity given the sensitive nature of some of the material.

Respectfully submitted this 5th day of January, 2025.

*[signature]*

Bill Madson  
Plaintiff, Pro Se  
33 Pheasant Drive  
Asheville, NC 28803  
Phone: 404-226-2040  
Email: bill@cliftontrust.com