FILED
ASHEVILLE, NC
JAN 2 1 2026
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Hand-Delivered

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:25-cv-425

| | |
|---|---|
| BILL MADSON, individually and as next friend of CHILD, a minor, Plaintiffs, <br><br> v. <br><br> ROBERTS & STEVENS, et al | **PLAINTIFFS' RESPONSE TO CERTAIN DEFENDANTS' MOTION FOR TIME** |

Madson would agree to a response deadline of February 23 for the Defendants referenced by Hawisher to answer or move to dismiss the operative complaint.

Madson would not agree to February 2 for the response deadline for the 26d filings.

Madson would agree to a response deadline of January 27 for the 26d filing and offer the following reasons in support of a January 27 response date:

The production request is a one-word Yes or No answer to a question that Roberts & Stevens and their client HCA have known the answer to for over four months. It's a binary outcome that affects both cases.

On August 30 (144 days ago), Madson sent Attorney Barnette a litigation hold notice that he told Barnette applied "to the extent your firm has any direct awareness of my recent experience or my daughter's recent experience with HCA."

They had to know if they were involved in the prior 48 hours or if they weren't. Or if it was in doubt, they certainly looked into it at the time - or sometime over the last four months.

It should not take two weeks to respond to whether or not they are willing to answer a Yes or No question about something that's been considered for months.

Madson believes that the one-word response is consequential to both matters, particularly relating to the idea that consolidation may be efficient for the Court if all Defendants are connected to Madson's child's treatment in August.

If the answer is No, then Madson's theory was wrong, and he will not revisit the idea.

Madson's request is proportional, made in good faith, and brought by a pro se plaintiff who is trying to be efficient with the Court's resources.


This 21st day of January.

Respectfully submitted,

_____

Bill Madson

Pro Se Plaintiff