UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:25-cv-00425-MOC-WCM

BILL MADSON, individually, and as next friend
Of CHILD, a minor

    Plaintiffs,

v.

ROBERTS & STEVENS, P.A., and PHIL
JACKSON, Esq., and JORDAN BARNETT,
Esq., and HCA HEALTHCARE, INC., and
MH MISSION HOSPITAL, LLLP, and GREG
LOW, and MELINA ARROWOOD, and
MICHAEL McALEVEY, Esq.

    Defendants.

DEFENDANT MICHAEL McALEVEY'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(2)

    NOW COMES Defendant Michael McAlevey ("McAlevey"), through counsel and pursuant to Federal Rule of Civil Procedure 12(b)(2), and moves this Court to dismiss the claims asserted against him in Plaintiffs' Amended Complaint ("Amended Complaint") (ECF No. 12-1 and 26). In support of its Motion, Defendant submits the following:

    1.    Plaintiffs' claims in this case arise out of the alleged actions of employees of and physicians practicing at MH Mission Hospital, LLLP the licensed owner and operator of Sweeten Creek Mental Health and Wellness Center. *See* Amended Complaint, ECF No. 26 at ¶¶ 2-8, 23-26, 28, 30, 68-95, 98, 102, 115.

    2.    Plaintiffs bring a variety of claims arising out of actions allegedly taken by employees of, physicians practicing at, and counsel representing MH Mission Hospital, LLLP.

3. Plaintiffs named Michael McAlevey, the Executive Vice President – Chief Legal and Administrative Officer of HCA Healthcare, Inc. as a defendant in the Amended Complaint. McAlevey, who is resident and domiciled in Tennessee has his primary place of business in Tennessee. The sole allegation against McAlevey is that Plaintiff Madson directed a litigation hold to him to which he did not personally respond. (Amended Complaint ¶¶ 92, 93.)

4. Accordingly, pursuant to Rule 12(b)(2), this Court has neither general nor specific jurisdiction over McAlevey, and Plaintiffs' claims against him must be dismissed.

5. In support of this Motion, McAlevey relies upon and incorporates by reference his Memorandum of Law in Support of his Motion to Dismiss, the Declaration attached to this Motion, any Reply in Support of the Motion filed by McAlevey, and the pleadings on file at the time of submission or hearing and any argument of counsel presented to the Court.

## **PRAYER**

For the above reasons, McAlevey respectfully requests the Court grant his Motion and dismiss him from this action with prejudice, and for any other relief this Court deems just and proper.

- 2 -

Case 1:25-cv-00425-MOC-WCM    Document 49    Filed 01/30/26    Page 2 of 4

This the 30th day of January, 2026.

Respectfully submitted,

*/s/ Theresa Sprain*
Theresa Sprain (N.C. Bar No. 24540)
William Maddrey (N.C. Bar No. 55277)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
2235 Gateway Access Point, Suite 220
Raleigh, NC 27607
Phone: 984-844-7941
Email:  tsprain@bakerdonelson.com
          wmaddrey@bakerdonelson.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, a copy of the foregoing document was filed with the Court's CM/ECF system–which automatically serves all counsel of record–and was served, via e-mail, upon *Pro Se* Plaintiff as follows:

Bill Madson
bill@cliftontrust.com
*Pro Se* Plaintiff

This the 30th day of January, 2026.

                                                   */s/Theresa Sprain*
                                                   THERESA SPRAIN