IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:25-cv-425-MOC-WCM

JOHN DOE, *individually and as* )
*next friend of* CHILD, *a minor*, )
)
        Plaintiffs, )
v. )              ORDER
)
ROBERTS & STEVENS, P.A., )
PHIL JACKSON, ESQ., )
JORDAN BARNETTE, ESQ, )
HCA HEALTHCARE, INC., )
MH MISSION HOSPITAL, LLLP, )
GREG LOWE, )
MELINA ARROWOOD, and )
MICHAEL McALEVEY, )
)
        Defendants. )
_____

     This matter is before the Court on Plaintiffs' Unopposed Motion to Seal

(Doc. 76).

     The Motion was filed on March 6, 2026 and has been available on the

public docket since that time.

     For the reasons stated therein, and noting particularly that this matter

was dismissed voluntarily by Plaintiffs prior to the issuance of rulings on any

dispositive motions or trial, and further considering issues of judicial economy,

the Motion will be allowed at this time.

1

**IT IS THEREFORE ORDERED THAT** Plaintiffs' Unopposed Motion to Seal (Doc. 76) is **GRANTED** and the Clerk is respectfully directed to seal this matter in its entirety, except for the Motion to Seal itself and this order. This ruling is without prejudice to the rights of any party or nonparty to seek, by way of a properly supported motion, the unsealing of any document(s) of record at a later time if appropriate.

Signed: March 17, 2026

W. Carleton Metcalf
United States Magistrate Judge

2